Louis Gorski, by Michael Slisz, His Guardian ad Litem, Respondent, *v.* Stanislaus Slisz, Defendant, and John Pitass, Appellant.

*Gorski* v. *Slisz,* 128 App. Div. 915, affirmed.
(Argued January 13, 1910 ; decided January 28, 1910.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 17, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries

alleged to have been sustained by the plaintiff through the negligence of defendant, his employer.

*A. G. Bartholomew* for appellant.

*James Harman* and *Charles A. B. Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER and HISCOCK, JJ. Not voting: VANN, J.